[No. 72538-6-I.   Division One.   November 9, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER C. ZANDER, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 14-1-00799-2, Deborra Garrett, J., entered September 29, 2014. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Appelwick and Lau, JJ.

[No. 72619-6-I.   Division One.   November 9, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN COOK, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 14-1-01562-8, George F.B. Appel, J., entered October 23, 2014. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Becker and Verellen, JJ.

[Nos. 72626-9-I; 72720-6-I;   Division One.   November 9, 2015.]
  72721-4-I; 72722-2-I;
  72724-9-I; 72725-7-I.

GERALDINE BARABIN, *as Personal Representative, Respondent*, v. ASTENJOHNSON, INC., ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for King County, No. 14-2-07824-2, John R. Ruhl, J., entered October 24, 2014. *Reversed* by unpublished opinion per Verellen, J., concurred in by Spearman, C.J., and Becker, J.